T. BLUMENTHAL & Co., INC., v. THEO. TIEDEMANN & SONS, INC.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

A. B. CAMERON PIANO Co., INC., v. " JOHN " JOHNSON, First Name " John " Being Fictitious, etc.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

KROWER-TYNBERG Co., INC., v. ABRAHAM WOLFF.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NATHAN FISHBEIN v. PHILIP SCHLESSEL and Others.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JAMES P. LOGAN and Others v. UNITED INTERESTS, INC.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

AMERICAN YELLOW TAXI OPERATORS, INC., v. JACK DIAMOND and Another.— Motion granted on condition that the appeal be argued or submitted on the 16th day of June, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LAWRENCE J. REGUCCI, Respondent, v. NASH MOTORS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE CITY OF NEW YORK, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JAMES B. YOUNG, Respondent, v. MAX HAHN, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

AMY BAUMANN, Respondent, v. MORRIS BAUMANN, Appellant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HELENE L. BYRNE, Respondent, v. JOHN F. BYRNE, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ABRAHAM JACOBS, Doing Business under the Firm Name and Style of A. JACOBS COMPANY, Appellant, v. ABRAHAM FENSTERSTOCK, Respondent.— Judgment and order affirmed, with costs, on opinion of Gavegan, J., at Trial Term. [Reported in 118 Misc. Rep. 266.] Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MAE ROLLE, Appellant, v. EDWARD F. ROLLE, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

A. O. ANDERSEN & COMPANY, INC., Respondent, v. STANDARD SHIPBUILDING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Laughlin and Page, JJ., dissenting.